IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>              Plaintiff<br><br>  v.<br><br>NANCY UNG, d/b/a FAST MART; and,<br>CHENG UNG, d/b/a FAST MART,<br><br>              Defendants. | 2:08-cv-00353- GEB-KJM<br><br>ORDER |

      On April 30, 2008, the parties filed a joint consent to proceed before the Magistrate Judge for all purposes. See 28 U.S.C. § 636(c).

      If the Magistrate Judge accepts the referral, this action is reassigned to the Magistrate Judge on the date this Order is filed. See Local Rule 73-305(b) (prescribing "notwithstanding the consent of all parties, the [United States District] Judge or Magistrate Judge may reject the referral.").

Dated: May 6, 2008

                                       _____
                                       GARLAND E. BURRELL, JR.
                                       United States District Judge

## ACCEPTANCE OF REFERRAL

Pursuant to the parties' consent and the approval of the United States District Judge, I accept reassignment of this action for all further proceedings, including entry of final judgment. All documents hereafter filed shall be denominated as 2:08-cv-00353-KJM

IT IS SO ORDERED.

DATED: 5/8/08

KIMBERLY J. MUELLER
UNITED STATES MAGISTRATE JUDGE